Michael T. Gallagher
**THE GALLAGHER LAW FIRM**
2905 Sackett St.
Houston, TX 77098
(713) 222-8080
(713) 222-0066 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-2492 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Maria De La Luz Ruiz Ruiz, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>                Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Maria De La Luz Ruiz, Individually and on behalf of Frank Ruiz, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010      THE GALLAGHER LAW FIRM

By: _____
Michael T. Gallagher
*Attorneys for Plaintiffs*

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: Jan. 12, 2010 | DLA PIPER LLP (US) |
| 2 | | By: _/s/ Michelle W. Sadowsky_ |
| 3 | | Michelle W. Sadowsky |
| 4 | | *Attorneys for Defendants* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE